# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## CENTRAL  DIVISION

| | | |
|---|---|---|
| JAMES R. KEMPLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action |
| vs. | ) | No.11-4271-CV-C-JCE-SSA |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

### <u>ORDER</u>

This matter comes before the Court on Defendant's Motion to Remand and for Entry of Final Judgment pursuant to sentence four of 42 U.S.C. §405(g).  The plaintiff has filed his response, arguing that the record as a whole would support an immediate award of benefits.

Under the circumstances of this case, the Court concludes that the defendant's motion is well taken.  The defendant notes that a consultative examination may be scheduled; all medical source opinions re-evaluated, and the residual functional capacity reviewed.

In addition, vocational expert testimony will be elicited to clarify the impact of defendant's mental impairments.   The ALJ also notes the need for a drug addiction and alcoholism analyses.

While the current record before the Court reveals the defects noted, it is appropriate to remand this matter to the commission for a rehearing.    Accordingly, consistent with the findings noted above,  hereby

ORDERED, ADJUDGED and DECREED that the decision of the Commissioner be reversed, and that this matter be remanded pursuant to sentence four of 42 U.S.C. §405(g).


/s/ James C. England
**JAMES C. ENGLAND,**
**UNITED STATES MAGISTRATE JUDGE**


Date: September 27, 2012